UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

    UNITED STATES OF AMERICA,       **CONSENT TO PROCEED BY**
                                                                      **VIDEO OR TELE CONFERENCE**
                   -against-

    Dante McAllister
                   Defendant(s).
------------------------------------------------------------------X

Defendant Dante McAllister hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

*(During a phone call on October 23, 2020, Mr. McAllister authorized Benjamin Gold to electronically sign this form on his behalf.)*

*Dante McAllister*                                                                                           *[signature]*
Defendant's Signature                                                   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dante McAllister                                                             Benjamin Gold
Print Defendant's Name                                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

10/23/2020                                                                *Andrew Krause*
Date                                                                          ~~U.S. District Judge~~/U.S. Magistrate Judge