# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 3/15/2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

        Plaintiff          **SCHEDULING ORDER**

    -against-

                                                    7:21-cr

Dante McAllister
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Arraignmenton an Information.for 3/15/2021 at 1 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: March 15, 2021
       White Plains, New York

                                            SO ORDERED:

                                            s/                 PED

                                            PAUL E. DAVISON
                                            United States Magistrate Judge